UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA SPRAGUE, | CASE NO. 22-cv-5748 |
| Plaintiff, | ORDER |
| v. | |
| SAFEWAY, INC., a foreign corporation, | |
| Defendant. | |

On January 19, 2024, the parties informed the Court that they had reached a settlement. Accordingly, the Court strikes all remaining dates, including the trial date. The parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of this order.

It is so ORDERED.

Dated this 31st day of January, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1