THE HONORABLE JAMAL N. WHITEHEAD

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE WESTERN DISTRICT OF WASHINGTON

10                        AT TACOMA

11    REBECCA SPRAGUE,

12                   Plaintiff,            No. 3:22-cv-5748-JNW

13           vs.                           STIPULATION FOR AND ORDER
                                           OF DISMISSAL
14    SAFEWAY, INC., a foreign corporation,

15                   Defendant.

16

17                        **I. STIPULATION**

18           IT IS HEREBY STIPULATED AND AGREED by and between the parties that this

19    matter be dismissed with prejudice and without costs. The parties request that the court

20    enter the subjoined order. Notice of presentment is waived.

21           Dated:  February 21, 2024.

22    ALLIANCE LAW GROUP, PS          TURNER KUGLER LAW, PLLC

23    By:_____s/ Nelson C. Fraley, Jr.____    By:____s/ John T. Kugler_____
24         Nelson C. Fraley, Jr., WSBA #26742      John T. Kugler, WSBA # 19960
           Attorney for Plaintiff                 Attorney for Defendant Safeway Inc.
25

STIPULATION FOR AND ORDER OF
DISMISSAL - 1
R:\6951-SFW-24\PLEADINGS\dismiss.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

## II. ORDER

THIS MATTER came before the court on the foregoing stipulation of the parties for dismissal. It is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

Dated: March 4, 2024.

_____
Jamal N. Whitehead
United States District Judge

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By:_____ s/ John T. Kugler_____
John T. Kugler, WSBA # 19960
Attorney for Defendant

STIPULATION FOR AND ORDER OF
DISMISSAL - 2
R:\6951-SFW-24\PLEADINGS\dismiss.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

3

4

    <u>Attorneys for Plaintiff</u>:
Nelson C. Fraley, Jr.

5

    Alliance Law Group, PS
5316 Orchard St. W.

6

    University Place, WA 98467
nfraley@alliancelg.com

7

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

8

9

    none

10

    *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960

11

    Attorney for Defendant
TURNER KUGLER LAW, PLLC

12

    6523 California Ave SW #454
Seattle, WA 98136-1833

13

    Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR AND ORDER OF
DISMISSAL - 3
R:\6951-SFW-24\PLEADINGS\dismiss.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679